UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RACHEL GENAIL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE N.V., a Curacao corporation<br><br>　　　　Defendant. | NO.: 2:24-cv-02039-JHC<br><br>**ORDER** |

　　　Before the Court is the Parties' Joint Motion for Stay or in the Alternative to Continue Pretrial Deadlines and Trial Date.  Dkt. # 13.  For the reasons presented in the motion, the Court sets trial in this matter for November 23, 2026.  The Court DIRECTS the Clerk to issue a case scheduling order that follows the Court's standard pretrial schedule.

　　　DATED this 6th day of November, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JOHN H. CHUN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE